OPINION — AG — THE GRAND RIVER DAM AUTHORITY IS A CONSERVATION DISTRICT, NOT A UTILITY, WITHIN THE EXCEPTION OF 40 O.S. 1971 196.2 [40-196.2](7). THEREFORE, THE GRAND RIVER DAM AUTHORITY IS EXEMPT FROM PAYING THE PREVAILING WAGE IN THE CONSTRUCTION OF PUBLIC WORKS. CITE: 40 O.S. 1971 196.1 [40-196.1], 40 O.S. 1971 196.3 [40-196.3], 40 O.S. 1971 196.1 [40-196.1], 40 O.S. 1978 Supp., 196.12 [40-196.12], 82 O.S. 1978 Supp., 861 [82-861] (STEPHEN F. SHANBOUR)